UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CHARLIE LEE TAYLOR                                        PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:11CV650TSL-JMR

SEAN P. BANKS, ET AL.                                    DEFENDANTS


ORDER

This cause is before the court on the objection of plaintiff Charlie Lee Taylor to the magistrate judge's report and recommendation entered on November 20, 2012. Having reviewed plaintiff's submission, the court now concludes that plaintiff's objection is without merit and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Michael T. Parker entered on or about November 20, 2012, be, and the same is hereby, adopted as the finding of this court. Accordingly, plaintiff's motion for summary judgment is denied.

SO ORDERED this 25th day of February, 2013.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE