```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

CHARLIE LEE TAYLOR                                      PLAINTIFF

VS.                              CIVIL ACTION NO. 3:11CV650TSL-JMR

SEAN P. BANKS, ET AL.                                  DEFENDANTS

<u>ORDER</u>

This cause is before the court on the report and recommendation of Magistrate Judge John M. Roper entered on December 9, 2013, recommending that plaintiff's motions for a temporary restraining order and/or a preliminary injunction be denied. Plaintiff Charlie Taylor filed an objection to the report and recommendation. Having reviewed the report and recommendation, the court concludes that the report and recommendation is well reasoned and should be adopted as the court's own opinion.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate John M. Roper entered on December 9, 2013, be, and the same is hereby, adopted as the opinion of this court. Accordingly, it is further ordered that plaintiff's motions for a temporary restraining order and/or a preliminary injunction is denied.

SO ORDERED this 11th day of March, 2014.

                                  /s/ Tom S. Lee
                                UNITED STATES DISTRICT JUDGE