```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION
```

CHARLIE LEE TAYLOR, #R6798                                PLAINTIFF

VS.                              CIVIL ACTION NO. 3:11CV650TSL-JCG

SEAN BANKS AND SHARON PAIGE                              DEFENDANTS

                                ORDER

    This cause is before the court on the February 10, 2015 report and recommendation (docket number 107) entered by Magistrate Judge John C. Gargiulo recommending that plaintiff's motion for a preliminary injunction be denied.  Plaintiff Charlie Lee Taylor has filed his objections.  Having considered the report and recommendations, plaintiff's objections and the record in this case, the court concludes that the report and recommendation is well taken and should be adopted.

    Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate John C. Gargiulo entered on February 10, 2015, be, and the same is hereby, adopted as the finding of this court to the extent as set forth above. Accordingly, it is further ordered that plaintiff's motion for a preliminary injunction is denied.  It is further ordered that plaintiff's motion for production of documents, whereby he appears

to seek a copy of his objections to the report and recommendation is denied.

SO ORDERED this 7th day of May, 2015.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE